# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Carissa Ann Gericke <br> *Plaintiff* <br> v. <br> Todd Fanning <br> *Defendant* | Civil Action No. 1:23-cv-00110-CJW-KEM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  C.J. Williams

Date: 6/6/2024

CLERK OF COURT

/s/ *jag*
*Signature of Clerk or Deputy Clerk*